# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

UNITED STATES OF AMERICA

vs.                                              Case No. 21-CR-10039-001

Richard Sabbun

## ORDER

This cause is before the Court sua sponte.

On September 28, 2022, Defendant was sentenced and convicted to 3 years of Probation. The Clerk's Office received Defendant's passport on October 28, 2021, and the passport remains in the Court's possession.

A passport remains the property of the United States and must be returned to the Government upon demand pursuant to 22 C.F.R. §51.7. The Court considers that the Department of State makes an informal demand for a return of a passport upon conviction. This leaves the Court's discretion to return a passport to the probation officer pending termination of supervised release or to send it back to the Department of State.

Ergo, the Clerk is DIRECTED to return Defendant's passport, with a copy of the Judgment, to the United States Department of State, CA/PPT/L/LA, 44132 Mercure Circle, PO Box 1243, Sterling, VA 20166-1227.

DATED: October 2, 2025

                                                           s/ Jonathan E. Hawley
                                                           Jonathan E. Hawley
                                                           UNITED STATES DISTRICT JUDGE